UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
PATRICIA O'NEIL,                      :

       Plaintiff,              :  **Civil Action No. 09-781 (RJD/LB)**

  -against-                          :  **ORDER FOR ADMISSION**
                                                                              **PRO HAC VICE**
BANK OF AMERICA,                      :

       Defendant.              :

------------------------------------- X

Upon the motion of Jonathan B. Bruno, attorney for Defendant Bank of America, N.A., and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED THAT**

| | |
|---|---|
| Applicant's Name: | Caroline F. Turcotte |
| Firm Name: | Edwards Angell Palmer & Dodge LLP |
| Address: | 111 Huntington Avenue |
| City/State/Zip: | Boston, MA 02199 |
| Phone Number: | 617.239.0395 |
| Fax Number: | 888.325.9073 |

is admitted to practice *pro hac vice* as counsel for Defendant in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nyed.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: August 30, 2010
Brooklyn, New York

/Signed by Judge Lois Bloom/

United States District/Magistrate Judge

PRV 1085708.1